1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CABN 168285)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9

10 Attorneys for Plaintiff

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,           )   No. CR 11-0393 WHA
                                       )
16         Plaintiff,                  )
                                       )   STIPULATION AND [PROPOSED]
17    v.                               )   ORDER CONTINUING APPEARANCE
                                       )
18 JAMES STANLEY WARD,                 )
   EDWARD GEORGE LOCKER,               )
19 RICHARD FERGUSON TIPTON, and        )
   DAVID CHING HSIU LIN,               )
20                                     )
                                       )
21         Defendants.                 )
                                       )
22 _____)

23

24         Defendant Edward George Locker ("LOCKER") is scheduled to make his initial

25 appearance in this matter before this Court on July 21, 2011. For the reasons set forth herein, the

26 parties respectfully request that the Court order LOCKER's appearance to be continued to August

27 5, 2011, before the Hon. Nathaniel Cousins. LOCKER's counsel, Anthony Brass, has accepted

28 service of a summons for LOCKER and LOCKER has agreed to appear before this Court when

   STIPULATION TO CONTINUE HEARING
   CR 11-0393 WHA

FILED

JUL 20 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  ordered. LOCKER lives in Ohio and has commitments related to his employment that require his
2  presence on July 21, 2011. Those commitments will end in early August 2011 and allow him to
3  travel to California. Further, the parties are attempting to coordinate LOCKER's initial
4  appearance in this Court with his initial appearance in the district court. Although the case has
5  been assigned to Judge Alsup, the government filed a Notice of Related Cases before Judge Conti.
6  The parties are awaiting a ruling from Judge Conti and will be in a better position to coordinate
7  LOCKER's appearances after that ruling.
8      Accordingly, the parties hereby stipulate and respectfully request that LOCKER's initial
9  appearance be continued to August 5, 2011 at 9:30 before the Hon. Nathaniel Cousins.

DATED:   July 19, 2011              /s/
                                     ANTHONY BRASS
                                     Counsel for Defendant

DATED:   July 19, 2011              /s/
                                     JEFFREY FINIGAN
                                     Assistant U.S. Attorney

### ORDER

Based upon the Stipulation by the parties and for good cause shown, IT IS HEREBY ORDERED that this matter with respect to defendant LOCKER only is continued to August 5, 2011 at 9:30 before the Hon. Nathaniel Cousins.

DATED: 7/20/11

TIMOTHY J. BOMMER
United States Magistrate Court Judge

STIPULATION TO CONTINUE HEARING
CR 11-0393 WHA                                   2