| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JEFFREY R. FINIGAN (CABN 168285)<br>Assistant United States Attorney |

**FILED**

JUL 22 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0393 WHA |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING APPEARANCE** |
| JAMES STANLEY WARD,<br>EDWARD GEORGE LOCKER,<br>RICHARD FERGUSON TIPTON, and<br>DAVID CHING HSIU LIN, | ) | |
| Defendants. | ) | |

Defendant Edward George Locker ("LOCKER") is scheduled to make his initial appearance in this matter before this Court on August 5, 2011. For the reasons set forth herein, the parties respectfully request that the Court order LOCKER's appearance to be continued to August 9, 2011, before the Hon. Nathaniel Cousins. LOCKER's counsel, Anthony Brass, has accepted service of a summons for LOCKER and LOCKER has agreed to appear before this

STIPULATION TO CONTINUE HEARING
CR 11-0393 WHA

1 | Court when ordered. This matter was previously continued to August 5, 2011, but since that
2 | order, Judge Conti issued an order that this matter is not related to another proceeding before him.
3 | Accordingly, the matter will remain assigned to Judge Alsup, whose regular calendar is on
4 | Tuesdays. Since LOCKER lives in Ohio, the parties wish to coordinate his appearance before this
5 | Court on the same day as his initial appearance before Judge Alsup. Thus, the request to continue
6 | the matter to Tuesday, August 9, 2011.

Accordingly, the parties hereby stipulate and respectfully request that LOCKER's initial appearance be continued to August 9, 2011 at 9:30 before the Hon. Nathaniel Cousins.

DATED:     July 21, 2011                    /s/
                                            ANTHONY BRASS
                                            Counsel for Defendant


DATED:     July 21, 2011                    /s/
                                            JEFFREY FINIGAN
                                            Assistant U.S. Attorney


## ORDER


Based upon the Stipulation by the parties and for good cause shown, IT IS HEREBY ORDERED that this matter with respect to defendant LOCKER only is continued to August 9, 2011 at 9:30 before the Hon. Nathaniel Cousins.

DATED:
                                            TIMOTHY J. BOMMER
                                            United States Magistrate Court Judge