MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS (CABN 168362)
KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
E-mail:   thomas.stevens@usdoj.gov
          kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0393 WHA |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. ) | |
| EDWARD LOCKER, ) | |
| Defendant. ) | |

It is hereby stipulated by and between counsel for the United States, Assistant United States Attorney Kyle F. Waldinger, and counsel for defendant Edward Locker, Anthony J. Brass, that, subject to the Court's approval, the sentencing hearing presently set for March 13, 2012, be continued and set for a sentencing hearing on June 26, 2012, at 2:00 p.m. The United States has previously determined from reviewing the Court's publicly posted scheduling information that the Court is currently available for a hearing on that date. The assigned probation officer, Mr. Mabie, also has been consulted with respect to this date and has indicated that he is available on that date.

    1.    On December 6, 2011, the Edward Locker pleaded guilty to Count One of the

STIPULATION & [PROPOSED] ORDER
CR 11-0393 WHA

Indictment charging him with conspiracy to commit mail fraud and wire fraud. The defendant Locker's plea was pursuant to a plea agreement in which he agreed to cooperate with the government's investigation and prosecution of other individuals.

2. In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the sentencing hearing set for March 13, 2012, be continued for a sentencing hearing on June 26, 2012.

3. Additional time is needed for the defendant to complete his cooperation with the government. Specifically, one of the defendant Locker's co-defendants, David Lin, is set to proceed to trial on **April 2, 2012**. It is expected that Mr. Locker will testify at that trial.

4. Accordingly, for all of these reasons, the parties jointly request that this Court vacate the sentencing hearing presently set for March 13, 2012, and set a sentencing hearing for June 26, 2012 at 2:00 p.m. In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

DATED: February 22, 2012  MELINDA HAAG
United States Attorney

/s/
KYLE F. WALDINGER
Assistant United States Attorney

DATED: February 22, 2012  /s/
ANTHONY J. BRASS
Attorney for defendant Edward Locker

**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing presently set for March 13, 2012, be continued to June 26, 2012 at 2:00 p.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this 22nd day February, 2012

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER
CR 11-0393 WHA                                       -3-