MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS (CABN 168362)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone:  (415) 436-7232
   Facsimile:  (415) 436-7234
   Email:  Thomas.Stevens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMES STANLEY WARD,<br>EDWARD GEORGE LOCKER,<br>RICHARD FERGUSON TIPTON, and<br>DAVID CHING HSIU LIN,<br><br>        Defendants. | No. CR 11-00393 TEH<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING SENTENCING<br>DATES**<br><br>IT IS SO ORDERED AS MODIFIED |

     The United States of America, through the United States Attorney for the Northern District of California, defendant James S. Ward ("Ward"), through his counsel Geoffrey Hansen, defendant Edward G. Locker ("Locker"), through his counsel Anthony Brass, defendant Richard F. Tipton ("Tipton"), through his counsel Lidia Stiglich, and defendant David C.H. Lin ("Lin"), through his counsel Charles Smith, hereby stipulate and agree as follows:

STIPULATION TO CONTINUE SENTENCING DATES
CR 11-00393 TEH

1.     1.    WHEREAS, this Court set defendant Lin's sentencing date for August 20, 2012;

2.     2.    WHEREAS, this Court set July 23, 2012, as the sentencing date for defendants Ward, Locker and Tipton;

3.     3.    WHEREAS, the United States and defendants Locker and Tipton, who have "cooperation" plea agreements and testified at Lin's trial, seek to set their sentencing hearings after those of defendants Ward and Lin;

4.     4.    NOW, THEREFOR, the parties respectfully request that the Court set the following sentencing schedule:

    A.    <u>August 20, 2012</u>: sentencing hearings for defendants Ward and Lin. The parties' sentencing memoranda must be filed on or before August 13.

    B.    <u>September 10, 2012</u>: sentencing hearings for defendants Locker and Tipton. The parties' sentencing memoranda must be filed on or before August 31.

DATED:    June 22, 2012        /s/
ANTHONY BRASS
Counsel for Defendant Locker

DATED:    June 22, 2012        /s/
LIDIA STIGLICH
Counsel for Defendant Tipton

DATED:    June 22, 2012        /s/
GEOFFREY HANSEN
Counsel for Defendant Ward

DATED:    June 22, 2012        /s/
CHARLES SMITH
Counsel for Defendant Lin

DATED:    June 22, 2012        /s/
THOMAS E. STEVENS
Assistant U.S. Attorney

1 **[~~PROPOSED~~] ORDER**

2

3      Based upon the Stipulation by the parties and for good cause shown, IT IS HEREBY

4 ORDERED that sentencing will proceed as follows:

5         A.      <u>August 20, 2012</u>: sentencing hearings for defendants Ward and Lin. The

6 parties' sentencing memoranda must be filed on or before August ~~15~~ 8.

7         B.      <u>September 10, 2012</u>: sentencing hearings for defendants Locker and

8 Tipton. The parties' sentencing memoranda must be filed on or before August 31.

9

10

11 DATED:   06/25/2012

12                                        _____
                                        THE HONORABLE [illegible]
13                                        United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*[signature] Judge Thelton E. Henderson*

STIPULATION TO CONTINUE SENTENCING DATES
CR 11-00393 TEH                              3