Anthony J. Brass. (CA Bar No. 173302)
3223 Webster Street
San Francisco, California  95123
(415) 922-5462  telephone
(415)346-8987 facsimile
tony@brasslawoffice.com

Attorney for Defendant
EDWARD LOCKER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br><br>EDWARD JAMES LOCKER<br>        Defendant. | Case No. CR-11-00393 TEH<br><br><br>**STIPULATION AND [~~Proposed~~]**<br><br>**Order To Continue Sentencing as to Edward James Locker Only** |

   The parties, by and through their respective attorneys,  Thomas Stevens for the United States and Anthony J. Brass for the defendant Edward Locker, hereby stipulate to continue the sentencing of only Edward James Locker to October 15, 2012 at 10:00 AM.

   The court continued the sentencing of Mr. Locker and co-defendants from September 10th 2012, to September 24, 2012.  Anthony J. Brass, Attorney for Edward Locker is in trial in Napa County Superior Court in the matter of *People v. Macaya*.  Mr.

Brass is not available for the sentencing on the date of September 24th as scheduled by the court because of said jury trial.

    Wherefore it is stipulated between Mr. Stevens for the United States and Mr. Brass for defendant Locker that the sentencing of only defendant Edward Locker be continued to October 15, 2012 at 10:00 AM.   Sentencing for co-defendants will proceed as scheduled on September 24<sup>th,</sup> 2012.

SO STIPULATED:

/s/                                                                                          September 19, 2012
Anthony J. Brass                                                                 Date
Attorney for Defendant Edward Locker


/s/                                                                                          September 19, 2012
Thomas Stevens                                                                 Date
Assistant United States Attorney


SO ORDERED:

_____                                 09/21/2012
HON. THELTON E. HENDERSON                                    Date
United States District Judge

*IT IS SO ORDERED* — Judge Thelton E. Henderson

United States v. Edward Locker